UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MICHAEL CORREIA,

             Defendant.

---

12/21/23

No. 21-cr-590 (VB).

ORDER

The Honorable Vincent L. Briccetti, **U.S. District Judge**:

    IT IS HEREBY ORDERED THAT, on December 21, 2023, 3:00 p.m., the United States Marshals Service shall release Defendant from the cell block on the ground floor of the Honorable Charles L. Brieant Jr. Federal Building and Courthouse to a representative of Arms Acres for transport to a residential drug treatment facility.

SO ORDERED.

Dated:    December 21, 2023
             White Plains, New York

                                                      The Honorable Vincent L. Briccetti
                                                      **United States District Judge**