UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Michael Correia,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/25

No. 0208 7:21CR00590

ORDER

Vincent L. Briccetti, U.S. District Judge:

    IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release conference held on March 6, 2025, the supervised releasee's special conditions included placement into a long-term inpatient treatment facility. Due to a potential gap in continuous care due to transitioning from a short-term facility to a long-term facility. The probation office is requesting the following modification:

The supervised releasee will *Continue to* receive inpatient treatment at Arms Acres Inc. until residential placement is secured at a long-term facility.

SO ORDERED.

Dated:    April 3, 2025
            ~~New York~~ White Plains, New York

                                                     _____
                                                     Honorable Vincent L. Briccetti
                                                     U.S. District Judge